UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE DEITCH, | No. 13-cv-4502 NJV |
| Plaintiff, | ORDER SETTING NEW TRIAL, PRETRIAL AND DISCOVERY CUT-OFF DATES |
| v. | |
| GURPREET SINGH SOHAL, et al, | |
| Defendants. | |

On October 24, 2014, the court entered an order granting Defendants' unopposed motion to continue the trial and discovery cut-off dates in this case. (Doc. 33.) The dates are HEREBY RESET as follows: discovery cut-off, February 2, 2015; final pretrial conference, 2:30 pm. on April 28, 2015; jury trial, May 11, 2015.

Dated: November 10, 2014

NANDOR J. VADAS
United States Magistrate Judge