UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BRUCE DEITCH,<br>　　　　Plaintiff,<br>　　v.<br>GURPREET SINGH SOHAL, et al.,<br>　　　　Defendants. | Case No. 13-cv-04502-NJV<br><br>**ORDER ON NOTICE AND STIPULATION**<br><br>Re: Dkt. No. 37 |

　　　　Pursuant to the Joint Notice of Settlement and Stipulation to Vacate Pending Deadlines (Doc. 37), it is

　　　　ORDERED that all pending deadlines and the trial date in this matter are VACATED. Further, it is ORDERED that a telephonic status conference is scheduled for April 28, 2015 at 1:00 p.m. before Magistrate Judge Nandor J. Vadas. Parties shall appear by dialing 888-684-8852 and entering access code 1868782.

　　　　**IT IS SO ORDERED**.

Dated: January 22, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge